THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROBERT A. HANHAM, Appellant.

(Submitted January 17, 1935;  decided February 26, 1935.)

*Ralph Earl Prime, Jr.,* and *A. J. Prime* for appellant.
*Frank H. Coyne,* District Attorney (*Thomas D. Scoble, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and HUBBS, JJ.